1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    KEVIN LEE MCCULLOM,                    Case No. 23-cv-04883-JST

          Plaintiff,
8
                                            **ORDER DENYING ECF NO. 13;**
9        v.                                 **GRANTING REQUESTS FOR**
                                            **EXTENSION OF TIME TO FILE** *IN*
10   ALAMEDA COUNTY DISTRICT                *FORMA PAUPERIS* **APPLICATION**
     ATTORNEY, et al.,
11                                          Re: ECF Nos. 12-17
          Defendants.
12

United States District Court
Northern District of California

13        Plaintiff, an inmate currently incarcerated at Merced County Jail, has filed a civil rights

14   action.  This order addresses ECF Nos. 12-17 and GRANTS Plaintiff an extension of time to file a

15   complete *in forma pauperis* application.

16                            **BACKGROUND**

17        On September 25, 2023, the day this action was opened, the Court informed Plaintiff that

18   this action was deficient because, among other things, Plaintiff had not paid the $402.00 filing fee

19   or filed an *in forma pauperis* application.  ECF No. 3.  The Court ordered Plaintiff to either pay

20   the full filing fee or file a complete *in forma pauperis* application by November 20, 2023, or face

21   dismissal of this action.  ECF No. 3.  On November 6, 2023, the Court granted Plaintiff an

22   extension of time to December 8, 2023 to file a complete *in forma pauperis* application, and

23   requested that the Merced County Sheriff's Office assist Plaintiff in submitting a complete *in*

24   *forma pauperis* application by providing Plaintiff with the necessary documents.  ECF No. 11.

25   As of this date, Plaintiff has not filed an *in forma pauperis* application or any of the required

26   supporting documentation.  However, in one of Plaintiff's other cases before this Court, C No. 23-

27   cv-6553 JST, *McCullom v. Alameda Cty District Atty's Office*, he has filed a complete *in forma*

28   *pauperis* application.  *See* C No. 23-cv-06553 JST, *McCullom v. Alameda Cty. District Atty's*

1    *Office*, Dkt. No. 6.

2                                        **DISCUSSION**

3    **I.      ECF No. 12**

4            In ECF No. 12, Plaintiff objects to this case being assigned to the undersigned, stating that

5    he has declined magistrate judge jurisdiction, that the reassignment to the undersigned is

6    suspicious, that he does not want this case to be heard by the undersigned, and that he is entitled to

7    a "fair federal proceeding at action at law suit in equity." ECF No. 12 at 1. The undersigned is

8    not a magistrate judge, so assignment of this case to the undersigned does not require Plaintiff's

9    consent.

10           This action was properly assigned to the undersigned pursuant to the Court's Assignment

11   Plan, which is set forth in General Order No. 44. Section D.6. of General Order 44 provides that

12   "the Clerk shall assign any non-habeas civil complaint filed by a prisoner within five (5) years

13   after the filing of the first civil complaint by that party to the same judge to whom the first such

14   complaint was assigned." N.D. Cal. General Order No. 44 Section D.6. Plaintiff is a frequent

15   litigant, as discussed in further detail below. Previously, Plaintiff's civil cases were assigned to

16   Judge Thelton E. Henderson for a five-year period. After that five-year period ended, Plaintiff's

17   civil cases were assigned to Magistrate Judge Howard Lloyd for a brief period. C No. 16-cv-0045

18   BLF, *McCullom v. McGat et al.* ("*McGat*"), was initially assigned to Magistrate Judge Howard

19   Lloyd. However, because Plaintiff declined magistrate judge jurisdiction in *McGat*, the case was

20   reassigned to Judge Beth Labson Freeman. Plaintiff's civil cases for the five years following

21   *McGat* were assigned to Judge Freeman. When Plaintiff filed C No. 23-cv-04637, *In re*

22   *McCullom*, on or about September 11, 2023, the case was assigned to Magistrate Judge Robert

23   Illman pursuant to the Court's assignment plan. At the time the case was opened, the Court sent

24   Plaintiff a consent to magistrate judge jurisdiction form. Plaintiff did not return this form.

25   Accordingly, on October 19, 2023, because Plaintiff had not consented to magistrate judge

26   jurisdiction, the Court reassigned C No. 23-cv-04637, *In re McCullom*, to the undersigned

27   pursuant to the Court's assignment plan. *See* N.D. Cal. General Order No. 44 Sections D, E.

28   Pursuant to the Court's assignment plan, any civil cases filed by Plaintiff between September 11,

*United States District Court*
*Northern District of California*

1    2023 and September 10, 2028, including this action, are assigned to the undersigned.[1]  *See id.* § D.

2    **II.    ECF No. 13**

3    Plaintiff has filed a motion requesting "leave to secure the other two consents for the

4    temporary restraining order and permanent injunction in support of the exhibits provided to the

5    U.S. District Court regarding the forgeries and unlawful usages of Superior Court of California,

6    County of Merced 'fake' probable cause documents details 'fake' search warrants and affidavits to

7    have enumerate numbers of African Americans and Hispanics kidnapped of (sic) the streets of the

8    County of Merced in relation to the Alameda County Dublin Superior Court case dismissal on

9    (6/9/2022) as a retaliatory claim of me being of the African American race."  ECF No. 13.  The

10   motion makes numerous allegations concerning various jail officials and judicial officers.  The

11   motion is incomprehensible, and it is unclear what relief Plaintiff is seeking.  Plaintiff has not filed

12   a request for a temporary restraining order or a request for a preliminary injunction, and the

13   persons named in this motion are not named defendants.  ECF No. 13 is therefore DENIED.

14   **III.   ECF Nos. 14-17**

15   On December 7, 2023, the Court docketed three letters from Plaintiff.  ECF Nos. 14-16.  In

16   these letters, Plaintiff requests an extension of time to file his *in forma pauperis* application,

17   alleging that the Merced County Sheriff's Office is preventing him from filing an *in forma*

18   *pauperis* application.  ECF Nos. 14-16.  Plaintiff also makes numerous other allegations: the

19   Merced County Sheriff's Office is engaged in a conspiracy that targets African Americans,

20   including Plaintiff; various parties are engaged in misconduct related to his state court felony case,

21   Dublin County Superior Court C No. 18-cr-18020; the Northern District of California is

22   attempting to manipulate this case, as evidenced by the December 8, 2023, dismissal of one of his

23   cases; information is being unlawfully entered into the F.B.I.'s "Master Intelligence System

24   N.C.I.C. National Crime Information Center" and the California Law Enforcement

25   Telecommunication (C.L.E.T.S.); California state officials are knowingly procuring or offering

26

27   [1] Since filing C No. 23-cv-04637 JST, *In re McCullom*, Plaintiff has filed three more civil rights actions, all of which were assigned to the undersigned, as required by the Court's assignment plan: this action (C No. 23-cv-04883 JST, *McCullom v. Warden*); C No. 23-cv-05902 JST, *In re*

28   *McCullom*; and C No. 23-cv-06553 JST, *McCullom v. Alameda Cty. District Attorney's Office*.

United States District Court
Northern District of California

1   false probable cause documents, false search warrants and affidavits; there is a conspiracy to

2   kidnap Blacks and Hispanics from the streets and unlawfully seek criminal convictions against

3   them by using NCIC and CLETS; he is being unlawfully held in a segregation unit at the Merced

4   County Jail; court officials and jail staff have acted unlawfully in order to have Plaintiff placed in

5   state hospitals and forcibly medicated; California state actors have carried out unlawful robbery

6   and extortion in violation of the Hobbs Act; Plaintiff was previously wrongfully convicted of first-

7   degree murder in Alameda County Superior Court C No. 17082B and state actors have conspired

8   to unlawfully change this case number of C No. 175028B to conceal their wrongdoing; a state

9   court judge conspired with Klu Klux Klan men and women to have his two children kidnapped

10   and killed on October 3, 2022. *See generally* ECF Nos. 14-16.

11          On January 12, 2024, the Court docketed another letter from Plaintiff wherein he again

12   alleged that Merced County Sheriff's Office officials were preventing him from completing his *in*

13   *forma pauperis* application by refusing to provide the necessary forms.  ECF No. 17.

14          The Court GRANTS Plaintiff an extension of time to February 16, 2024 to file a complete

15   *in forma pauperis* application.  Given that Plaintiff has been able to file an *in forma pauperis*

16   application in a separate case, it appears that Merced County Sheriff's Office officials are

17   cooperating with Plaintiff in preparing his *in forma pauperis* applications.

18                                              **CONCLUSION**

19          For the reasons set forth above, the Court orders as follows.

20          1.      The Court DENIES ECF No. 13.

21          2.      The Court GRANTS Plaintiff's requests for an extension of time to file his *in*

22   *forma pauperis* application.  ECF Nos. 14-16.  By February 16, 2024, Plaintiff should file an

23   *in forma pauperis* application filled out to the best of his ability.  Failure to file an *in forma*

24   *pauperis* application in the time provided will result in dismissal of this action without prejudice

25   for failure comply with a court order.

26   / / /

27   / / /

28   / / /

4

United States District Court
Northern District of California

1        This order terminates ECF Nos. 13-16.

2       **IT IS SO ORDERED.**

3   Dated:  February 21, 2024



4                              JON S. TIGAR

5                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28